Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward, CA 94545-1541
(510) 266-5580

Trustee for Debtor(s)

Entered on Docket
September 13, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: September 13, 2010

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re | Chapter 13 Case Number: |
|---|---|
| Carolyn Sheila Harris | 05-45414-EDJ13 |
| Debtor(s) | In Proceedings Under Chapter 13 of the Bankruptcy Code |

**ORDER DISCHARGING CHAPTER 13 TRUSTEE
AND FINAL DECREE**

The Chapter 13 Plan of the debtor(s) having been fully performed, and the estate of the above-named debtor(s) having been fully administered,

IT IS ORDERED AS FOLLOWS:

The Final Account of Martha G. Bronitsky, Chapter 13 Standing Trustee is approved, she is discharged as Trustee after having fully performed her duties, and her bond is cancelled.

END OF ORDER

| | COURT SERVICE LIST | |
|---|---|---|
| 1 | | |
| 2 | Carolyn Sheila Harris | Younger & Hennecke Llp |
| 3 | 2565 Oliver Dr | 1610 Arden Way #265 |
|   | Hayward, CA 94545 | Sacramento, CA 95815 |
| 4 | (Debtor(s)) | (Counsel for Debtor) |